## Nagy *v.* Morganello, Appellant.

Argued September 14, 1972. *Robertson B. Taylor,* with him *Kolb, Holland, Antonelli & Heffner,* for appellant; *William G. Ross,* with him *Sigmon, Littner & Ross,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.

## Novello, Appellant, *v.* Medical Electronics and Research Corp.

Argued September 12, 1972. *Charles W. Gross,* with him *Joshua M. Briskin,* for appellant; *Burton Spear,* with him *Louis V. Schiavo,* for appellee.

Order affirmed.